**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Stephen Paul SELLECK, Defendant–
Appellant.**

**No. 01–6127.**

United States Court of Appeals,
Fourth Circuit.

Submitted April 12, 2001.

Decided April 18, 2001.

Milton Gordon Widenhouse, Jr., Rudolf, Maher, Widenhouse & Fialko, Chapel Hill, NC, for appellant. Brian Lee Whisler, Office of the United States Attorney, Charlotte, NC, for appellee.

Before NIEMEYER, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM.

Stephen Paul Selleck seeks to appeal the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See United States v. Selleck,* Nos. CR–95–80–V; ˙ CA–99–479–3–V–2 (W.D.N.C. filed Nov. 13, 2000; entered Nov. 16, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*